ELECTRONICALLY FILED
2022 Mar 29 AM 8:09
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000564-TC



3241 N. Toben
Wichita, KS  67226
316-888-8888 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | | |
|---|---|---|
| MELISA R. TORRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| CHARLES F. CYNOVA AND O'REILLY | ) | |
| AUTOMOTIVE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT TO CHAPTER 60 OF K.S.A.

**PETITION**

Plaintiff, Melisa R. Torrence, by and through the attorneys of record, Brendan P. Lykins and Patrick Turner of DeVaughn James Injury Lawyers asserts the following in support of the Petition against Defendant, Charles F. Cynova:

1. Plaintiff, Melisa R. Torrence, is a resident of Sedgwick County, Kansas.

2. Defendant, Charles F. Cynova, is a resident of Sedgwick County, Kansas and may be served at Defendant's residence at 2615 Bennett St, Wichita, KS, 67217.

3. Defendant, O'Reilly Automotive Stores, Inc., is a Kansas Foreign For Profit company, active and in good standing and may be served with Summons by serving

1

       its resident agent The Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

4. On June 12, 2020, Defendant Charles F. Cynova was operating a motor vehicle and was involved in a collision with Plaintiff in Sedgwick County, Kansas.

5. At all times relative herein, Defendant Charles F. Cynova is an employee, agent, ostensible agent and/or assign of Defendant, O'Reilly Automotive Stores, Inc., and was operating in the course and scope of his employment with Defendant O'Reilly Automotive Stores, Inc.

6. Upon information and belief, Defendant Charles F. Cynova was hired, qualified, supervised, and trained by Defendant O'Reilly Automotive Stores, Inc..

7. The acts and/or omissions of Defendant Driver Charles F. Cynova were negligent and/or careless as follows:

    a. Inattentive operation of a motor vehicle;

    b. Failure to keep a proper lookout;

    c. Failure to use ordinary care;

    d. Failure to give warning;

    e. Failure to take evasive action; and

    f. Careless driving.

8. Defendant Charles F. Cynova's deviation from the care, skill and knowledge ordinarily possessed and used under like circumstances was the proximate cause of Plaintiff Melisa Torrence's personal injuries and other damagers.

9. Defendant O'Reilly Automotive Stores, Inc. is vicariously liable for the negligent acts, omissions and commissions of their employee, agent, ostensible agent and/or

assign committed within the nature, course, and scope of their employment duties and responsibilities.

10. This incident and all of the resulting personal injuries and other damages were a direct result of the negligence, omission and fault of the Defendant O'Reilly Automotive Stores, Inc.

11. The negligence of Defendant O'Reilly Automotive Stores, Inc., and their employee/agent Defendant Charles F. Cynova, proximately cause the collision and the personal injuries and damages of Plaintiff.

12. No act or omission on the part of the Plaintiff caused or contributed to this incident or any of his resulting personal injuries or other damages.

13. At all times relevant herein, Plaintiff was exercising reasonable care.

14. As a result of the Defendants' negligence, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

WHEREFORE, Plaintiff requests judgment against Defendants for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/   Brendan P. Lykins
Brendan P. Lykins, #26098
Patrick Turner, #23437
blykins@devaughnjames.com
pturner@devaughnjames.com
*Attorneys for Plaintiff*

3

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/   Brendan P. Lykins
Brendan P. Lykins, #26098
Patrick Turner, #23437
blykins@devaughnjames.com
pturner@devaughnjames.com
*Attorneys for Plaintiff*

ELECTRONICALLY FILED
2022 Mar 29 AM 8:09
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000564-TC

<u>Melisa Torrence</u>

vs.

<u>Charles Cynova et. al.</u>

**SUMMONS**

To the above-named Defendant/Respondent:

**O'Reilly Automotive Stores, Inc.**
**The Corporation Company, Inc.**
**112 SW 7th Street Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Brendan Pierce Lykins
3241 N. Toben Street
Wichita, KS 67226

within 21 days after service of summons on you.



B.D. Lumbreras
Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 03/29/2022 08:30:04 AM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2022 Mar 29 AM 8:09
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000564-TC

<u>Melisa Torrence</u>

vs.

<u>Charles Cynova et. al.</u>

**SUMMONS**

To the above-named Defendant/Respondent:

**Charles F. Cynova**
**2615 Bennett St**
**Wichita, KS  67217**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Brendan Pierce Lykins
3241 N. Toben Street
Wichita, KS 67226

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 03/29/2022 08:30:04 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2022 Apr 13 AM 7:55
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000564-TC



3241 N. Toben
Wichita, KS  67226
316-888-8888 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| MELISA R. TORRENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  22 CV 564 |
| ) | |
| CHARLES F. CYNOVA AND O'REILLY ) | |
| AUTO ENTERPRISES, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PURSUANT TO CHAPTER 60 OF K.S.A.

## AMENDED PETITION

Plaintiff, Melisa R. Torrence, by and through the attorneys of record, Brendan P. Lykins and Patrick Turner of DeVaughn James Injury Lawyers asserts the following in support of the Petition against Defendant, Charles F. Cynova:

1. Plaintiff, Melisa R. Torrence, is a resident of Sedgwick County, Kansas.

2. Defendant, Charles F. Cynova, is a resident of Sedgwick County, Kansas and was served at Defendant's residence at 2615 Bennett St, Wichita, KS, 67217 on the 1st day of April, 2022.

3. Defendant, O'Reilly Auto Enterprises, LLC, is a Kansas Foreign Limited Liability Company, active and in good standing and may be served with Summons by

1

serving its resident agent The Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

4. On June 12, 2020, Defendant Charles F. Cynova was operating a motor vehicle and was involved in a collision with Plaintiff in Sedgwick County, Kansas.

5. At all times relative herein, Defendant Charles F. Cynova is an employee, agent, ostensible agent and/or assign of Defendant O'Reilly Auto Enterprises, LLC and was operating in the course and scope of his employment with Defendant O'Reilly Auto Enterprises, LLC

6. Upon information and belief, Defendant Charles F. Cynova was hired, qualified, supervised, and trained by Defendant O'Reilly Auto Enterprises, LLC.

7. The acts and/or omissions of Defendant Driver Charles F. Cynova were negligent and/or careless as follows:

    a. Inattentive operation of a motor vehicle;

    b. Failure to keep a proper lookout;

    c. Failure to use ordinary care;

    d. Failure to give warning;

    e. Failure to take evasive action; and

    f. Careless driving.

8. Defendant Charles F. Cynova's deviation from the care, skill and knowledge ordinarily possessed and used under like circumstances was the proximate cause of Plaintiff Melisa Torrence's personal injuries and other damagers.

9. Defendant O'Reilly Auto Enterprises, LLC is vicariously liable for the negligent acts, omissions and commissions of their employee, agent, ostensible agent and/or

assign committed within the nature, course, and scope of their employment duties and responsibilities.

10. This incident and all of the resulting personal injuries and other damages were a direct result of the negligence, omission and fault of the Defendant O'Reilly Auto Enterprises, LLC

11. The negligence of Defendant O'Reilly Auto Enterprises, LLC and their employee/agent Defendant Charles F. Cynova, proximately cause the collision and the personal injuries and damages of Plaintiff.

12. No act or omission on the part of the Plaintiff caused or contributed to this incident or any of his resulting personal injuries or other damages.

13. At all times relevant herein, Plaintiff was exercising reasonable care.

14. As a result of the Defendants' negligence, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

WHEREFORE, Plaintiff requests judgment against Defendants for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/   Brendan P. Lykins
Brendan P. Lykins, #26098
Patrick Turner, #23437
blykins@devaughnjames.com
pturner@devaughnjames.com
*Attorneys for Plaintiff*

3

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/   Brendan P. Lykins
Brendan P. Lykins, #26098
Patrick Turner, #23437
blykins@devaughnjames.com
pturner@devaughnjames.com
*Attorneys for Plaintiff*

4

ELECTRONICALLY FILED
2022 Apr 06 PM 3:37
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000564-TC



3241 N. Toben
Wichita, KS  67226
316-977-9999 [T]
316-425-0414 [F]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| MELISA R. TORRENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22 CV 564 |
| ) | |
| CHARLES F. CYNOVA AND O'REILLY ) | |
| AUTOMOTIVE STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT TO CHAPTER 60 OF K.S.A.

### RETURN OF SERVICE BY CERTIFIED MAIL

I hereby certify that I served the Petition, Interrogatories, Request for Admissions and Request for Production to the Defendant by mailing Certified Mail/RRR delivered on the 1st day of April, 2022, to the name and address on the envelope containing the process mailed as shown on the card below:

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/Brendan P. Lykins
Brendan P. Lykins, #26098
Richard W. James, #19822
blykins@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*



ELECTRONICALLY FILED
2022 Apr 15 AM 11:48
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000564-TC



3241 N. Toben
Wichita, KS  67226
316-977-9999 [T]
316-425-0414 [F]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| MELISA R. TORRENCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22 CV 564 |
| CHARLES F. CYNOVA AND O'REILLY AUTOMOTIVE STORES, INC., | ) ) ) |
| Defendant. | ) ) |

PURSUANT TO CHAPTER 60 OF K.S.A.

### RETURN OF SERVICE BY CERTIFIED MAIL

I hereby certify that I served the Petition, Interrogatories, Request for Admissions and Request for Production to the Defendant by mailing Certified Mail/RRR delivered on the 11th day of April, 2022, to the name and address on the envelope containing the process mailed as shown on the card below:

Respectfully submitted,

DeVaughn James Injury Lawyers


By: /s/Brendan P. Lykins
Brendan P. Lykins, #26098
Richard W. James, #19822
blykins@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Cynova        ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>   C   19 |
| 1. Article Addressed to:<br><br>Charles F. Cynova<br>2615 Bennett St.<br>Wichita, Kansas 67217 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6845 1060 7555 22 | 3. Service Type<br>☑ Adult Signature                ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☑ Certified Mail®                ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery             ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0000 7309 9881 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053   Pat Sum Disco | Domestic Return Receipt |

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖ ARKANSAS AR 727
              01 APR 2022 PM 2 L

9590 9402 6845 1060 7555 22

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DeVaugh James Injury Lawyers
3241 N. Toben
Wichita, KS 67226

Call Torrance / Melisa